IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS, INDIANA

| | |
|---|---|
| ALEX H. DJENGUE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:20-cv-2411 |
| | ) |
| LOWE'S HOME CENTERS, LLC | ) |
| | ) |
| Defendants. | ) |

### COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, named-above, complains of act and omissions to act by the Defendant. In support of her Complaint and as cause of action against Defendant, Plaintiff respectfully submits the following:

### JURISDICTION

1. This suit is authorized and instituted pursuant to Title VII 42 U.S.C. § 2000e and 42 U.S.C. § 1981 as amended by the Civil Rights Act of 1991; 28 U.S.C. §§ 1331 and 1343.

2. Plaintiff filed a charge with the Equal Employment Opportunity Commission (EEOC) and received a notice of right to sue on August 31, 2020

### PARTIES

3. Plaintiff is African-American and his country of origin is Benin, Africa. At all relevant times he resided in the Southern District of Indiana.

4. Defendant is a corporation doing business in the State of Indiana in the Southern District of Indiana.

## FACTS

5. Plaintiff began working for Defendant on January 22, 2018, as a customer care representative.

6. Plaintiff was promoted to project manager in December 2018.

7. All of Plaintiff's performance reviews were meets expectation or better.

8. Despite Plaintiff's good performance, in May 2019 he was given a final written warning for having a customer on hold.

9. Plaintiff had never been disciplined before.

10. Plaintiff was not given the benefit of Defendant's progressive discipline policy.

11. Further, similarly situated employees, of a different race and/or national origin, who had engaged in the same or worse conduct were treated more favorably.

12. On July 25, 2019, Plaintiff was terminated.

13. The reason given for Plaintiff's termination was that he did not complete work assigned to him by the due date.

14. However, there are similarly situated employees, of a different race and/or national origin, that have engaged in similar or worse conduct but they were not terminated.
.
15. Plaintiff was terminated due to his race and national origin.

16. The reason given for his termination is simply pretext.

## COUNT I

17. Plaintiff incorporates by reference paragraphs 1-16

18. Defendant, as a result of discriminating against Plaintiff due to his race, violated 42 U.S.C. § 1981 and Title VII 42 U.S.C. § 2000 et al.

## COUNT II

19. Plaintiff incorporates by reference paragraphs 1-16.

20. Defendant, as a result of discriminating against Plaintiff due to his national origin, violated 42 U.S.C. § 1981 and Title VII 42 U.S.C. § 2000 et al.

WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

A. Reinstate Plaintiff the position from which he was terminated or front pay in lieu of reinstatement.

B. Award Plaintiff back pay and benefits lost;

C. Award Plaintiff compensatory damages for future pecuniary loss, emotional pain and suffering, inconvenience, mental anguish and loss of enjoyment of life;

D. Award Plaintiff punitive damages;

E. Award Plaintiff his costs in this action and reasonable attorney fees;

F. Grant Plaintiff a permanent injunction enjoining Defendant from engaging in any employment practice or policy which discriminates against Plaintiff on the basis of race.

G. Grant Plaintiff any other relief which is allowable under the circumstances of this case.

Respectfully submitted,

s/Gregory A. Stowers
Gregory A. Stowers, #13784-49
Attorney for Plaintiff

## REQUEST FOR JURY TRIAL

Comes now the Plaintiff and requests that this cause be tried by jury.

                              Respectfully submitted,

                              **STOWERS & WEDDLE P.C.**

                              s/Gregory A. Stowers
                              GREGORY A. STOWERS, 13784-49
                              Attorney for Plaintiff

Gregory A. Stowers, #13784-49
STOWERS & WEDDLE P.C.
626 N. Illinois Street
Suite 201
Indianapolis, IN   46204
(317) 636-6320