IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS, INDIANA

| | |
|---|---|
| ALEX H. DJENGUE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO.: 1:20-cv-02411-JMS-DLP ) |
| LOWE'S HOME CENTERS, LLC, | ) ) |
| Defendant. | ) |

### ORDER GRANTING JOINT STIPULATION OF DISMISSAL

This matter came before the Court on the Parties' Joint Stipulation of Dismissal, and the Court being duly advised, hereby **ORDERS** that the above-captioned cause of action be dismissed in its entirety, with prejudice, and with each party to bear its own costs and attorneys' fees [43].

Date: 11/2/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

David J. Pryzbylski – david.pryzbylski@btlaw.com
Justine Farris-Niehaus – justine.farris@btlaw.com
**BARNES & THORNBURG LLP**

Gregory A. Stowers – gstowers@stowersandweddle.com
**STOWERS & WEDDLE P.C.**